TIMOTHY D. TAYLOR,

Plaintiff,

vs.

BLUE CROSS AND BLUE SHIELD OF
FLORIDA, INC.,

Defendants.

Civil Action No. 6:09-cv-1290-Orl-31KRS

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW,** Plaintiff, TIMOTHY D. TAYLOR, through his counsel of record, William B. Young, Jr., and the Law Firm of Colling, Gilbert, Wright & Carter, and pursuant to Rule 41, F.R.C.P., voluntarily dismisses the above-styled cause without prejudice, and as grounds therefore would state as follows:

1.     Defendants have produced evidence that is dispositive of Plaintiff's cause of action.

2.     No summary judgment motions have been filed in this matter.

**WHEREFORE,** premises considered, TIMOTHY D. TAYLOR, respectfully requests the Court dismiss this action without prejudice.

## CERTIFICATE OF CONFERRING WITH COUNSEL

The undersigned Counsel for Plaintiff certifies that he has conferred with Counsel for the

Defendants, Stephen Siff. Counsel for the Defendants has no opposition to this notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 30th, 2009, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF.

/s/    William B. Young, Jr.
COLLING, GILBERT, WRIGHT & CARTER
William B. Young, Jr.
Florida Bar # 0717541
wyoung@thefloridafirm.com
801 North Orange Avenue
Suite 830, Top Floor
Orlando, FL 32801
Telephone: (407) 712-7300
Facsimile: (407) 712-7301